UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CARNEVALE et al., <br><br> Plaintiffs, <br><br> -against- <br><br> SELLX, INC. et al., <br><br> Defendants. | 24-CV-2365 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The initial pretrial conference currently set for July 8, 2024, is hereby canceled.

Defendants in this matter appear to be in default, but Plaintiffs have not sought a clerk's certificate of default. If they do not do so by July 12, 2024, this matter will be dismissed for failure to prosecute.

SO ORDERED.

Dated: July 3, 2024
    New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge