# BANTLE & LEVY LLP

ATTORNEYS AT LAW

99 PARK AVENUE, SUITE 1510

NEW YORK, NEW YORK 10016

ROBERT L. LEVY
LEE F. BANTLE
SHERIE N. BUELL
DAVID KRAUSS

TEL 212.228.9666
FAX 212.228.7654

July 9, 2024

> The deadline to seek a certificate of default is hereby adjourned to August 9, 2024. If the parties have not submitted their *Cheeks* materials by then, plaintiff should must seek a certificate. The Clerk of Court is directed to terminate the motion at Dkt. 14. SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: July 10, 2024

**Via ECF Filing**
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *Carnevale, et al. v. SellX Inc., et. al.*, 24-cv-02365 (AS)

Dear Judge Subramanian:

    This firm represents Plaintiffs Casey Carnevale, Michael Huffer, Stephanie Majors, and Craig McCarthy in the above-referenced case. Together with counsel for Defendants SellX Inc. and Dean Glas, we write to advise that the parties have reached a settlement in principle in this matter that we are currently working to memorialize in a formal agreement to be submitted to the Court for review pursuant to *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199 (2d Cir. 2015). Accordingly, per Rule 3(E) of Your Honor's Individual Practice Rules, we write to request a stay of Plaintiffs' July 12, 2024 deadline to seek a certificate of default (ECF Doc. No. 12) in order to enable the parties to finalize and submit to the Court materials requesting approval of the settlement pursuant to *Cheeks* by August 9, 2024.

    This is the parties' first request to stay or extend deadlines in this case. We appreciate the Court's time and consideration of this joint request.

Respectfully submitted,

| BANTLE & LEVY LLP | BOOK LAW LLP |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| By: */s/ Sherie N. Buell* | By: */s/ Nadav Zamir* |
| Sherie N. Buell | Nadav Zamir |
| 99 Park Avenue, Suite 1510 | 7 Times Square, 19th Floor |
| New York, New York 10016 | New York, New York 10036 |
| buell@civilrightsfirm.com | NZamir@BookLawLLP.com |